FILED
2022 MAR 15
CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE LOVESAC COMPANY, a Delaware corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>WWW.LOVESSACS.COM, an unknown business entity; WWW.LOVESAC.SHOP, an unknown business entity; WWW.LOVESACSHOP.COM, an unknown business entity; and JOHN DOES 1-10.<br><br>    Defendants. | **Case No: 2:22-cv-00056**<br><br>**DEFAULT CERTIFICATE (www.Lovessacs.com, www.Lovesac.shop, and www.Lovesacshop.com)**<br><br>**Judge: Jill N. Parrish**<br><br>**DEMAND FOR JURY TRIAL** |

    Plaintiff The Lovesac Company seeks entry of default against Defendants www.Lovessacs.com, www.Lovesac.shop, www.Lovesacshop.com, (collectively, "Defendants") and John Does 1-10.[1]

    Plaintiff served the Defendants on February 15, 2022. Defendants have failed to appear or otherwise defend in this action, and the time allowed by law for answering has expired.

    Accordingly, Plaintiff's Motion is granted, in part, and the default of Defendants (www.Lovessacs.com, www.Lovesac.shop, and www.Lovesacshop.com) is hereby entered according to law, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure.

---

[1] The Clerk of Court cannot enter default against the John Doe defendants. Because Plaintiff has failed to properly identify the John Doe Defendants and serve them within the time period under Fed. R. Civ. P. 4(m), a default certificate will not enter as to the unidentified defendants.

DATED this 15th day of March, 2022.

                    **KIM A. FREE, Ph.D, CLERK OF COURT**

                    **By:** _/s/ Tiffany Brower_