IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE LOVESAC COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>WWW.LOVESSAC.COM; WWW.LOVESAC.SHOP; WWW.LOVESACSHOP.COM; and JOHN DOES 1-10,<br><br>Defendants. | **JUDGEMENT**<br><br>Case No. 2:22-cv-00056-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, The Lovesac Company, and against Defendants, www.lovesac.com, www.lovesac.shop, and www.lovesacshop.com, for the following amounts:

- www.lovesac.com:         $1,000,000
- www.lovesac.shop:         $1,000,000
- www.lovesacshop.com:     $1,000,000

IT IS FURTHER ORDERED AND ADJUDGED that defendants, www.lovesac.com, www.lovesac.shop, and www.lovesacshop.com, are jointly and severally liable for The Lovesac Company's attorney's fees and costs in the amount of $29,277.

DATED November 15, 2022.

                        BY THE COURT

                        _____
                        Jill N. Parrish
                        United States District Court Judge