IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| THE LOVESAC COMPANY,<br><br>                      Plaintiff,<br><br>v.<br><br>WWW.LOVESSAC.COM;<br>WWW.LOVESAC.SHOP;<br>WWW.LOVESACSHOP.COM; and JOHN DOES 1-10,<br><br>                      Defendants. | **PERMANENT INJUNCTION**<br><br>Case No. 2:22-cv-00056-JNP-CMR<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Cecilia M. Romero |

On April 28, 2022, Plaintiff, the Lovesac Company ("Lovesac") filed a motion for permanent injunction with the court alongside a motion for default judgment. Hearing no response from Defendants and having considered Plaintiff's arguments, the court entered default on November 15, 2022, and now GRANTS the motion for permanent injunction.

The court enters the following permanent injunction:

(1)    Defendants www.lovessacs.com, www.lovesac.shop, and www.lovesacshop.com (collectively, "Defendants") and their agents, servants, employees, attorneys-in-fact, web hosting providers, domain name registrars, and persons in active concert or participation with them who receive actual notice of this permanent injunction, are hereby enjoined and restrained from:

    (a)    using the Lovesac trademark in connection with the sale, offer for sale, promotion, marketing, or advertisement of any product; and

    (b)    using the Lovesac trademark in connection with any domain name including, but not limited to, www.lovessacs.com, www.lovesac.shop, and www.lovesacshop.com.

(2) Defendants' payment processor PayPal and its agents, servants, employees, attorneys-in-fact, and those persons in active concert or participation with them who receive actual notice of this permanent injunction, shall hold and retain within their control, and otherwise prevent any disposition, transfer, pledge, encumbrance, assignment, dissipation, concealment, or other disposal whatsoever of any assets associated with or related to Defendants' PayPal accounts as well as any PayPal accounts associated with the following email addresses:

- www.lovessacs.com
- www.lovesac.shop
- www.lovesacshop.com
- mariannacomptonyu@yahoo.com
- kazakova-nadezhda-30479@mail.ru
- angou48jiawei22@126.com
- kiverob8827@gmail.com

(3) The Lovesac Company shall serve certified copies of this permanent injunction as follows:

(a) On the registered agent for PayPal. The Lovesac Company shall file a certificate of service confirming service on each entity.

(b) Not later than 48 hours after confirming that PayPal has maintained the asset freeze on the aforementioned accounts, The Lovesac Company shall serve a copy of this Order on Defendants at the following email addresses:

- mariannacomptonyu@yahoo.com
- kazakova-nadezhda-30479@mail.ru
- angou48jiawei22@126.com
- kiverob8827@gmail.com

The Lovesac Company shall file a certificate of service confirming service on Defendants.

    (c)    Persons in active concert or participation with Defendants may be served with a copy of this permanent injunction. The Lovesac Company shall file a certificate of service confirming service on such entities.

IT IS HEREBY FURTHER ORDERED that this permanent injunction shall be, and is, binding upon each Defendant, and each of its agents, servants, employees, attorneys-in-fact, and those persons in active concert or participation with them who receive actual notice of this permanent injunction, effective immediately upon entry of this permanent injunction on the docket of the court. The court shall maintain jurisdiction over this action for purposes of enforcement of this Permanent Injunction.

DATED November 15, 2022

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge