IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| THE LOVESAC COMPANY, | **AMENDED JUDGEMENT** |
|---|---|
| Plaintiff, | Case No. 2:22-cv-00056-JNP-CMR |
| v. | District Judge Jill N. Parrish |
| WWW.LOVESSACS.COM; WWW.LOVESAC.SHOP; WWW.LOVESACSHOP.COM; and JOHN DOES 1-10, | Magistrate Judge Cecilia M. Romero |
| Defendants. | |

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff, The Lovesac Company, and against Defendants, www.lovessacs.com, www.lovesac.shop, and www.lovesacshop.com, for the following amounts:

- www.lovessacs.com:        $1,000,000

- www.lovesac.shop:          $1,000,000

- www.lovesacshop.com:    $1,000,000

IT IS FURTHER ORDERED AND ADJUDGED that defendants, www.lovessacs.com, www.lovesac.shop, and www.lovesacshop.com, are jointly and severally liable for The Lovesac Company's attorney's fees and costs in the amount of $29,277.

DATED November 15, 2022.

BY THE COURT

Jill N. Parrish
United States District Court Judge

2